# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TOWNSHIP OF SEWICKLEY | : | No. 82 WAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| TRACY HAMPSHIRE AND DAVID | : | |
| HAMPSHIRE, A MARRIED COUPLE; | : | |
| AND SEWICKLEY TOWNSHIP ZONING | : | |
| HEARING BOARD | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JONATHAN C. TURIK AND KELLY A. | : | |
| TURIK, A MARRIED COUPLE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: TRACY HAMPSHIRE AND | : | |
| DAVID HAMPSHIRE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2016, the Petition for Allowance of Appeal is

**DENIED**.